Gregg S. Kleiner, State Bar No. 141311
RINCON LAW LLP,
200 California Street, Suite 400
San Francisco, CA 94111
Telephone No.: 415-672-5191
Facsimile No.: 415-680-1712
Email: gkleiner@rinconlawllp.com

Proposed Counsel for PAUL MANSDORF,
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>818 GREEN STREET LLC,<br><br>Debtor. | Case No. 18-40859 WJL 7<br>Chapter 7<br>Hon. William J. Lafferty<br><br>**DECLARATION OF GREGG S. KLEINER IN SUPPORT OF REQUEST FOR ENTRY OF ORDER AUTHORIZING ABANDONMENT OF REAL PROPERTY**<br><br>[No Hearing Requested Unless Objection Filed] |

I, Gregg S. Kleiner, declare:

1. I am a Partner with the law firm of Rincon Law LLP, proposed counsel for Paul Mansdorf, Chapter 7 Trustee in Bankruptcy herein.

2. On May 8, 2018, this office caused to be served a Notice and Opportunity for Hearing on Motion to Abandon Real Property ("Notice") on all creditors, United States Trustee, and other interested parties. A true and correct copy of the Notice and Certificate of Service are found at Docket 7 and 8.

3. The Notice provided that the Trustee was seeking to abandon the estate's right, title and interest, in and to certain real property commonly referred to as at 818-820 Green Street, San Francisco, California, 94108 under Section 554 of the Bankruptcy Code.

/ / /

4.     The time period within which to file objections or request a hearing has passed.  To the best of my knowledge: (a) this office has not received any objections or requests for hearing and (b) no objections or requests for hearing have been filed with the Bankruptcy Court.

Except for statements made upon information and belief in this declaration, I declare under penalty of perjury under the laws of the United States of America that all other statements are true and correct.  Executed this 23rd day of May 2018 at San Francisco, California.

*/s/ Gregg S. Kleiner*
GREGG S. KLEINER